B1 (Official Form 1) (1/08)

| UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION (CHICAGO) | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle): **A-K Travel Network, Inc.** | Name of Joint Debtor (Spouse)  (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): **aka ALL KIND TRAVEL & CRUISE, INC; aka Air-K Travel** | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): **36-3928449** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all): |
| Street Address of Debtor (No. and Street, City, and State): **2600 W. Peterson Ave. Suite 103 Chicago, IL**    ZIP CODE **60659** | Street Address of Joint Debtor (No. and Street, City, and State):    ZIP CODE |
| County of Residence or of the Principal Place of Business: **Cook** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):    ZIP CODE | Mailing Address of Joint Debtor (if different from street address):    ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above):    ZIP CODE | |

**Type of Debtor**
(Form of Organization)
(Check one box.)

- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [x] Corporation (includes LLC and LLP)
- [ ] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box.)

- [ ] Health Care Business
- [ ] Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [x] Other

**Tax-Exempt Entity**
(Check box, if applicable.)

- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed**    (Check one box.)

- [x] Chapter 7
- [ ] Chapter 9
- [ ] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box.)

- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

**Filing Fee**    (Check one box.)

- [x] Full Filing Fee attached.
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:

- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [ ] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:

- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:

- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**

- [ ] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [x] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] | [ ] |

Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| [ ] | [ ] | [ ] | [ ] | [x] | [ ] | [ ] | [ ] | [ ] | [ ] |

B1 (Official Form 1) (1/08)                                                                                                    Page 2

| **Voluntary Petition**<br>*(This page must be completed and filed in every case.)* | Name of Debtor(s):   **A-K Travel Network, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location Where Filed:<br>**None** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor**   (If more than one, attach additional sheet.) | | |
|---|---|---|
| Name of Debtor:<br>**None** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☑ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual<br>whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.  I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X** _____<br><div align="right">Date</div> |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No.

**Exhibit D**

(To be completed by every individual debtor.  If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

   ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

   ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence.  (If box checked, complete the following.)

_____

(Name of landlord that obtained judgment)

_____

(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification.  (11 U.S.C. § 362(l)).

B1 (Official Form 1) (1/08)

| Voluntary Petition | Name of Debtor(s): **A-K Travel Network, Inc.** |
|---|---|
| *(This page must be completed and filed in every case)* | |

## Signatures

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**X**_____<br><br>**X**_____<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X**_____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney***<br><br>**X** /s/ Mark R. Schottler<br>_____<br>**Mark R. Schottler**          Bar No. **6238871**<br><br>**Schottler & Associates**<br>**10 S. LaSalle St.**<br>**Suite 1130**<br>**Chicago, IL  60603**<br><br>Phone No.**(312) 236-7200**      Fax No.**(312) 236-1691**<br><br>12/30/2009<br>Date<br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.) |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>**A-K Travel Network, Inc.**<br><br>**X** /s/ Sayed K. Saghir<br>_____<br>Signature of Authorized Individual<br><br>**Sayed K. Saghir**<br>_____<br>Printed Name of Authorized Individual<br><br>**President**<br>_____<br>Title of Authorized Individual<br><br>**12/30/2009**<br>Date | _____<br>Address<br>**X**_____<br>_____<br>Date<br>Signature of bankruptcy petiton preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **A-K Travel Network, Inc.**                                    CASE NO

                                                                   CHAPTER   **7**

## EXHIBIT "A" TO VOLUNTARY PETITION

| | |
|---|---|
| 1.  Debtor's employer identification number is_____**36-3928449**_____. | |

2.  If any of debtor's securities are registered under section 12 of the Securities and Exchange Act of 1934, the SEC file
    number is_____.

3.  The following financial data is the latest available information and refers to the debtor's condition on_____.

    a. Total Assets

    b. Total Liabilities

| Secured debt | Amounts | Approximate number of holders |
|---|---|---|
| Fixed, liquidated secured debt | | |
| Contingent  secured debt | | |
| Disputed secured debt | | |
| Unliquidated secured debt | | |
| **Unsecured debt** | **Amounts** | **Approximate number of holders** |
| Fixed, liquidated unsecured debt | | |
| Contingent  unsecured debt | | |
| Disputed unsecured debt | | |
| Unliquidated unsecured debt | | |
| **Stock** | **Amounts** | **Approximate number of holders** |
| Number of shares of preferred stock | | |
| Number of shares of common stock | | |

*Comments, if any*

4.  Brief description of debtor's business:
    *Travel Agency*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:   **A-K Travel Network, Inc.**                                        CASE NO

                                                                CHAPTER      **7**

## EXHIBIT "A" TO VOLUNTARY PETITION

*Continuation Sheet No. 1*

---

5.  List the name of any person who directly or indirectly owns, controls, or holds, with power to vote, 20% or more of the voting securities of the debtor:

    *Sayed K. Saghir*

---

6.  List the name of all corporations 20% or more of the outstanding voting securities of which are directly or indirectly owned, controlled, or held, with power to vote, by debtor:

---

I, _____**Sayed K. Saghir**_____, the _____**President**_____ of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing Exhibit "A" to Voluntary Petition, and that it is true and correct to the best of my information and belief.


Date:__**12/30/2009**_____          Signature:__**/s/ Sayed K. Saghir**_____
                                                         ***Sayed K. Saghir***
                                                         **President**

B6A (Official Form 6A) (12/07)

In re **A-K Travel Network, Inc.**                                    Case No. _____

                                                                    (if known)

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |
| | | | **Total:** $0.00 | |

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **A-K Travel Network, Inc.**                                    Case No. _____
                                                                                          (if known)

# SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities.  Itemize and name each issuer. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **A-K Travel Network, Inc.**

Case No. _____
(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | Receivables/Uncollected Accounts | | $60,000.00 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **A-K Travel Network, Inc.**                                      Case No. _____

                                                                                        (if known)

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **A-K Travel Network, Inc.**

Case No.  _____

(if known)

# SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | 10 Desks | | $1,000.00 |
| | | 8 Chairs | | $400.00 |
| | | 5 Computers and Printers | | $500.00 |
| | | Telephones | | $100.00 |
| | | 5 File Cabinests | | $500.00 |
| | | 2 Shelving Units | | $100.00 |
| | | 2 Fax Machines | | $200.00 |
| | | 2 Full Size Safes | | $3,000.00 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |

B6B (Official Form 6B) (12/07) -- Cont.

In re  **A-K Travel Network, Inc.**                                           Case No. _____
                                                                                              (if known)

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |

_____4_____ continuation sheets attached
(Include amounts from any continuation sheets attached.  Report total also on Summary of Schedules.)        **Total  >**        **$65,800.00**

B6C (Official Form 6C) (12/07)

In re  **A-K Travel Network, Inc.**                                    Case No. _____
                                                                                    (If known)

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐   Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                                      $136,875.
☐   11 U.S.C. § 522(b)(2)
☐   11 U.S.C. § 522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| Not Applicable | | | |
| | | $0.00 | $0.00 |

B6D (Official Form 6D) (12/07)

In re  **A-K Travel Network, Inc.**                                    Case No. _____
                                                                                      (if known)

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☑  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions Above.) | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| | | | Subtotal (Total of this Page) > | | | $0.00 | $0.00 |
| | | | Total (Use only on last page) > | | | $0.00 | $0.00 |

_____**No**_____ continuation sheets attached

(Report also on Summary of Schedules.)

(If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (12/07)

In re  **A-K Travel Network, Inc.**                                    Case No. _____

                                                                                                 (If Known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

## TYPES OF PRIORITY CLAIMS    (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,425* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. §§ 326, 328, 329 and 330.

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

B6F (Official Form 6F) (12/07)

In re  **A-K Travel Network, Inc.**                                Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx9362**<br>**1&1 Internet Inc.**<br>**701 Lee Rd**<br>**Suite 300**<br>**Chesterbrook, PA 19087** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$99.43** |
| ACCT #:<br>**A Travel**<br>**240 N. Roselle Rd.**<br>**Roselle, IL 60172** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxxxxx3546**<br>**Action Title Service, Inc.**<br>**PO BOX 416**<br>**Midlothian, IL 60445** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - JP Morgan Chase Bank**<br>REMARKS: | | | | **$2,554.00** |
| ACCT #:<br>**Adams Travel**<br>**726 W Northwest Hwy**<br>**Barrington, IL 600110** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxx1349**<br>**Aer Lingus Accounts Receivable**<br>**Citibank NA**<br>**111 Wall Street**<br>**New York, NY 10043** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$228.40** |
| ACCT #:  **xxxx-xxxx-x1945**<br>**Air Canada**<br>**Sales Audit**<br>**PO Box/C.P. 1979**<br>**Winnipeg, MB R3C 3R3** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**0148960471946** | | | | **$4,208.47** |

Subtotal >       **$7,090.30**

Total >
(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable, on the
Statistical Summary of Certain Liabilities and Related Data.)

____**22**____continuation sheets attached

B6F (Official Form 6F) (12/07) - Cont.

In re  **A-K Travel Network, Inc.**                              Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxxxx0603**<br>**Air France**<br>**Passenger Revenue Accounting**<br>**125 W 55th Street**<br>**NY, NY 10019** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**0571356125312** | | | | **$523.75** |
| ACCT #:  **xxxxxx22SA**<br>**Airlines Reporting Corporation**<br>**PO Box 96194**<br>**Washington, DC 20090** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - A K Travel Network**<br>REMARKS: | | | | **$18,600.84** |
| ACCT #:  **xxx-xxx-3782**<br>**AirTran Airways**<br>**9955 AirTran Blvd**<br>**Orlando, Fl 32827** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$174.80** |
| ACCT #:  **xxxxxx7291**<br>**Alaska Airlines**<br>**PO Box 68900**<br>**Seattle, WA 98168** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**8960167290** | | | | **$703.25** |
| ACCT #:  **xxxx5803**<br>**Alliant Law Group, P.C.**<br>**2860 Zanker Rd. Suite 105**<br>**San Jose, CA 95134** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -At&t**<br>REMARKS: | | | | **$324.18** |
| ACCT #:  **xxxx3090**<br>**Allied Interstate**<br>**3000 Corporate Exchange Dr. 5th Floor**<br>**Columbus, OH 43231** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for- At&t**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**1**____ of ____**22**____ continuation sheets attached to                                        **Subtotal >**          **$20,326.82**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                            **Total >**
                                                      **(Use only on last page of the completed Schedule F.)**
                                          **(Report also on Summary of Schedules and, if applicable, on the**
                                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A-K Travel Network, Inc.**                                    Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx-xxx-6391** <br> **American Airlines** <br> **PO Box 619616** <br> **DFW Airport, TX 75261-9616** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: <br> **89630256380** | | | | **$280,431.04** |
| ACCT #:  **xxxxxxxxxx1507** <br> **American Coradius International, LLC** <br> **2420 Sweet Home Rd., Suite 150** <br> **Amherst, NY 14228-2244** | | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for- Chase** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxx-xxx-187-1** <br> **American Express** <br> **PO BOX 360002** <br> **Ft. Lauderdale, FL 33336-0002** | | DATE INCURRED: <br> CONSIDERATION: <br> **Credit Card** <br> REMARKS: | | | | **$5,007.22** |
| ACCT #:  **xxxxxxx7335** <br> **American Trans Air, In** <br> **PO Box 51609** <br> **Indianopolis International Airport** <br> **Indianopolis, IN 46251** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | **$92.80** |
| ACCT #:  **xxx-xxx8-574** <br> **Arnold Scott Harris P.C.** <br> **600 W. Jackson** <br> **Suite 450** <br> **PO Box 5625** <br> **Chicago, IL 60608-5625** | | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney for -City of Chicago** <br> REMARKS: <br> **005-5143-001** | | | | **$220.00** |
| ACCT #: <br> **Auto Car Imports** <br> **1911 Pickwick Lane** <br> **Glenview, IL 60025** | | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - Action Title Services** <br> REMARKS: | | | | **Notice Only** |

Sheet no. ___**2**___ of ___**22**___ continuation sheets attached to                                    **Subtotal >** | **$285,751.06**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **A-K Travel Network, Inc.**                                    Case No. _____

                                                                                        (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xWF42**<br>**Bank of America**<br>**7285 Collection Center Drive**<br>**Chicago, IL 60693** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$18,542.43** |
| ACCT #:  **xxx6955**<br>**Bonded Collection Corp**<br>**PO Box 1022**<br>**Wixom, MI 48393-1022** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -DHL Express Inc**<br>REMARKS: | | | | **$54.39** |
| ACCT #:  **1858**<br>**Bosnia United**<br>**2658 W. Balmoral**<br>**Chicago, IL 60625** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxx3947**<br>**British Airways**<br>**1881 N University Dr, Ste 206**<br>**Coral Springs, FL 33071** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**8960623946** | | | | **$20,255.20** |
| ACCT #:  **xxxx-xx9764**<br>**C&H Travel & Tour**<br>**c/o Yokoyama & Associates**<br>**311 S. Wacker Suite 2500**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | **$74,057.75** |
| ACCT #:  **xx xxxx-xxx-8431**<br>**Capital Resource Credit**<br>**PO Box 390046**<br>**Minneapolis, MN 55439** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -American Airlines**<br>REMARKS: | | | | **$29,657.36** |

Sheet no. _____**3**_____ of _____**22**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**          | **$142,567.13**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A-K Travel Network, Inc.**                                      Case No. _____

                                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx xxxx-xxx7-631**<br>**Capital Resource Credit**<br>**PO Box 390046**<br>**Minneapolis, MN 55439** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Northwest Airline**<br>REMARKS: | | | | **$2,360.00** |
| ACCT #:  **xxx-xxxx-3470**<br>**Cathay Pacific Airways Limited**<br>**500-550 West 6th Ave**<br>**Vancouver, British Columbia V5Z 4S2**<br>**Canada** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$100.00** |
| ACCT #:  **xxxx-xxxx-xxxx-2730**<br>**Chase**<br>**PO BOX 15298**<br>**Wilmington, DE 19850-5298** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | **$17,806.00** |
| ACCT #:  **xxxx-xxxxxx-1507**<br>**Chase Auto Finance**<br>**PO Box 9001800**<br>**Louisville, KY 40290-1800** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xx-0150**<br>**City of Chicago**<br>**Department of Reveune**<br>**PO Box 88292**<br>**Chicago, IL  60680-1292** | | DATE INCURRED:<br>CONSIDERATION:<br>**Parking Tickets**<br>REMARKS: | | | | **$340.00** |
| ACCT #:  **xxx7471**<br>**City Water International**<br>**PO Box 674007**<br>**Dallas, TX 75267** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$114.18** |

Sheet no. _____**4**_____ of _____**22**_____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**          **$20,720.18**

**Total >**

**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A-K Travel Network, Inc.**                               Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx2338**<br>**City Water International**<br>**PO Box 674007**<br>**Dallas, TX 75267** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $17.06 |
| ACCT #:  **xxxx1228**<br>**City Water International**<br>**PO Box 674007**<br>**Dallas, TX 75267** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $25.72 |
| ACCT #:  **xxxx1940**<br>**City Water International**<br>**PO Box 674007**<br>**Dallas, TX 75267** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $76.15 |
| ACCT #:  **xxxx1576**<br>**City Water International**<br>**PO Box 674007**<br>**Dallas, TX 75267** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $28.03 |
| ACCT #:  **xxx2066**<br>**Client Services, Inc.**<br>**3451 Harry S. Truman Blvd.**<br>**St. Charles, MO  63301** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Fifth Third Bank**<br>REMARKS: | | | | $12,910.72 |
| ACCT #:  **xxxx-xxxx-x9621**<br>**Continental Airlines**<br>**HQJFR**<br>**PO Box 4921**<br>**Houston, TX 77210-4921** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**0058960294748** | | | | $86,873.29 |

Sheet no. ____**5**____ of ____**22**____ continuation sheets attached to                                     **Subtotal >**          | $99,930.97 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                        **Total >**
                                          **(Use only on last page of the completed Schedule F.)**
                              **(Report also on Summary of Schedules and, if applicable, on the**
                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A-K Travel Network, Inc.**                                   Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx3482**<br>**Continental Airlines Inc**<br>**HQJFR**<br>**PO Box 4921**<br>**Houston, TX 77210-4921** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $2,361.20 |
| ACCT #:  **xxx1762**<br>**Continental Airlines Inc**<br>**Customer Finance and Recovery**<br>**600 Jefferson HQJFR-19th Fl**<br>**Houston, TX 77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $1,800.00 |
| ACCT #:  **xxxxxx5595**<br>**Credit Protection Associates**<br>**13355 Noel Rd. Suite 2100**<br>**Dallas, TX 75240** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - COMCAST**<br>REMARKS: | | | | $324.42 |
| ACCT #:  **xxx-xxxxxx1-001**<br>**Dell Financial Services**<br>**DFS Customer Serv. Dept.**<br>**PO Box 81577**<br>**Austin, TX  78708** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $564.46 |
| ACCT #:  **xxx-xxxxxx1-001**<br>**Dell Financial Services**<br>**Payment Processing Center**<br>**PO BOX 5292**<br>**Carol Stream, IL 60197-5292** | | DATE INCURRED:<br>CONSIDERATION:<br>**Credit Card**<br>REMARKS: | | | | $185.20 |
| ACCT #:  **xxxxx-xxxx-x2833**<br>**Delta Air Lines**<br>**Collections-Dept 816**<br>**PO Box 101591**<br>**Atlanta, GA 30392-1591** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**00689-6000-1264** | | | | $36,176.90 |

Sheet no. ____**6**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   $41,412.18

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re **A-K Travel Network, Inc.**                                  Case No. _____
                                                                           (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  xxxxxx1952<br>**Deutsche Lufthansa**<br>**1640 Hempstead Turnpike**<br>**East-Meadow, NY 11554** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $1,889.50 |
| ACCT #:  xxx-xxx1-200<br>**Devon Bank**<br>**6445 N. Western Ave.**<br>**Chicago, IL  60645-5464** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $34,475.11 |
| ACCT #:  xxxxx8101<br>**Devon Bank**<br>**6445 N. Western Ave.**<br>**Chicago, IL  60645-5464** | | DATE INCURRED:<br>CONSIDERATION:<br>**Bank Fees**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xxxxxx0400<br>**Devon Bank**<br>**6445 N. Western Ave.**<br>**Chicago, IL  60645-5464** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | $126,000.00 |
| ACCT #:  xxx-xxxx-9881<br>**DHL Express, Inc**<br>**14105 Collections CTR DR**<br>**Chicago, IL 60693** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  xx0193<br>**Executive Financial Company**<br>**PO BOX 1168**<br>**Flint, MI 48501-1168** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $2,204.05 |

Sheet no. ____7____ of ____22____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**         $164,568.66

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A-K Travel Network, Inc.**                                    Case No. _____
                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **x-xxx-x6374**<br>**FedEx**<br>**PO Box 94515**<br>**Palatine, IL 60094** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**9-043-10314** | | | | **$47.95** |
| ACCT #:  **xxx3387**<br>**Fidelity National Credit Services, Ltd.**<br>**PO BOX 3051**<br>**Orange, CA 92857** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -AT&T**<br>REMARKS:<br>**7732741143702** | | | | **$324.18** |
| ACCT #:  **xxx0001**<br>**Fifth Third Bank**<br>**P.O. Box 630778**<br>**Cincinnati, OH 45263-0778** | | DATE INCURRED:<br>CONSIDERATION:<br>**Vehicle Deficiency**<br>REMARKS: | | | | **$866.10** |
| ACCT #:  **xxxx3739**<br>**First Flight USA**<br>**42 W 38th Street, Ste 500**<br>**New York, N.Y. 10018** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**00012576, 00012185, 00013148, 00013150,**<br>**00013141** | | | | **$15,298.29** |
| ACCT #:  **xxx-xx1-855**<br>**Galileo USA**<br>**PO Box 71325**<br>**Chicago, IL 60694-1325** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$59,927.00** |
| ACCT #:<br>**Ghazali Khan**<br>**336 Jackson Ct.**<br>**Gilberts, IL 60136** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**8**____ of ____**22**____ continuation sheets attached to                                    **Subtotal >** | **$76,463.52**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A-K Travel Network, Inc.**                              Case No. _____

                                                                                            (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **1269**<br>**Global Payments Check Services**<br>**PO BOX 661038**<br>**Chicago, IL 60666** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$2,204.05** |
| ACCT #:  **xxxxxxxx0000**<br>**Harris County Delinquent Tax Statement**<br>**c/o Paul Bettencourt**<br>**Tax Assessor Collector**<br>**PO BOX 4576**<br>**Houston, TX 77210-4576** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$1,537.30** |
| ACCT #:  **xxxxxx37-61**<br>**I.C. Systems, Inc.**<br>**444 Highway 96 East**<br>**P.O. Box 64437**<br>**St. Paul, MN 55164-0437** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - AT&T**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxx-xxxxxx3-001**<br>**I.C.Systems Inc.**<br>**444 Highway 96 East**<br>**St. Paul MN. 55164** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - DFS Acceptance**<br>REMARKS: | | | | **$889.02** |
| ACCT #:  **xxxx368-1**<br>**IL Dept. of Employment Security**<br>**Chicago Region - Revenue**<br>**527 S Wells**<br>**Chicago, IL 60607-3922** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$894.00** |
| ACCT #:  **xx-xxx8449**<br>**Illinois Department of Revenue**<br>**Delinquency Unit**<br>**PO BOX 19035**<br>**Springfield, IL 62794-9035** | | DATE INCURRED:    **2007**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**9**____ of ____**22**____ continuation sheets attached to                                  **Subtotal >**   |   **$5,524.37**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                            **(Use only on last page of the completed Schedule F.)**
                                 **(Report also on Summary of Schedules and, if applicable, on the**
                                 **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A-K Travel Network, Inc.**                                Case No. _____

                                                                                      (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxxx8953** <br> **Illinois Tollway** <br> **PO BOX 5201** <br> **Lisle, IL 60532-5201** | | DATE INCURRED: <br> CONSIDERATION: <br> **Violations** <br> REMARKS: | | | | **$354.20** |
| ACCT #:  **xxxxxxx3309** <br> **Illinois Tollway** <br> **PO BOX 5201** <br> **Lisle, IL 60532-5201** | | DATE INCURRED: <br> CONSIDERATION: <br> **Violations** <br> REMARKS: | | | | **$568.40** |
| ACCT #:  **xxxxxxx6505** <br> **Illinois Tollway** <br> **PO BOX 5201** <br> **Lisle, IL 60532-5201** | | DATE INCURRED: <br> CONSIDERATION: <br> **Violations** <br> REMARKS: | | | | **$354.20** |
| ACCT #: <br> **Imtiyaz Patel** <br> **2323 Ravine Way** <br> **Glenview, IL 60025** | | DATE INCURRED: <br> CONSIDERATION: <br> **Notice Only** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxVIII** <br> **India Abroad** <br> **43 West 24th Street, 7th Floor** <br> **New York, NY 10010** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | **$3,296.80** |
| ACCT #:  **xxx x trvl** <br> **India Post** <br> **2335 W. Devon Ave** <br> **Chicago, IL 60659** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | **$2,000.00** |

Sheet no. ___**10**___ of ___**22**___ continuation sheets attached to                    **Subtotal >**        **$6,573.60**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                         **Total >**
                                                       **(Use only on last page of the completed Schedule F.)**
                                              **(Report also on Summary of Schedules and, if applicable, on the**
                                              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A-K Travel Network, Inc.**                    Case No. _____
                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxxx4019**<br>**Integrated Financial Services Group, LLC**<br>**34 Hayden Rowe Steet, Ste. 112**<br>**Hopkinton, MA 01748** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$74.00** |
| ACCT #:  **xxxxx6346**<br>**Intercontinental Hotels Group**<br>**Commission Services**<br>**11580 Great Oaks Way**<br>**Alpharatte, GA 30022** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx9056**<br>**Internet Corporation Listing Service**<br>**303 Park Avenue St. #1073**<br>**New York, NY 10010** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and Services**<br>REMARKS: | | | | **$40.00** |
| ACCT #:  **xxxx9056**<br>**Interpretation Services of Joliet**<br>**PO BOX 516**<br>**Channahon, IL 60410** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and Services**<br>REMARKS: | | | | **$0.00** |
| ACCT #:<br>**Intrawest Central Reservation**<br>**#100-788 Harbourside Dr**<br>**North Vancouver, B.C. V7P 3R7** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx-xxx8449**<br>**IRS**<br>**Department of the Treasury**<br>**PO Box 21126**<br>**Philadelphia, PA 19114** | | DATE INCURRED:  **2005-2009**<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **$24,264.62** |

Sheet no. ____**11**____ of ____**22**____ continuation sheets attached to        **Subtotal >**        | **$24,378.62**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A-K Travel Network, Inc.**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Javed Mirza-Matchless Expo.**<br>**2600 W. Peterson Ave.**<br>**Chicago, IL 60559** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Javed Siddiqui**<br>**1165 Higgin Qtr.**<br>**Dr. #116**<br>**Hoffman Estates, IL 60169** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxx1716**<br>**Jet Airways**<br>**525 Washington Blvd, Ste 2005**<br>**Jersey City, NJ 07310** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**8980001715, 8980001717, 8980001714,**<br>**8980000900, 8980000757, 8980001179,**<br>**8980000645, 8980000706** | | | | **$313.08** |
| ACCT #:  **xx2978**<br>**JNR Adjustment Company, Inc.**<br>**P.O. Box 27070**<br>**Minneapolis, MN 55427-0070** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Air Canada**<br>REMARKS: | | | | **$3,600.00** |
| ACCT #:<br>**Kauser Banu**<br>**Minas Trading**<br>**4250 Lake Ave. #305B**<br>**Glenview, IL 60026** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Ken Singh**<br>**University Travel**<br>**1421 Washington St.**<br>**Minneapolis, MN 55454** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**12**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**    **$3,913.08**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re    **A-K Travel Network, Inc.**                                    Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx4213**<br>**Lasalle Bank National Association**<br>**c/o Ernest D. Simon**<br>**Reed Smith LLP**<br>**10 South Wacker Drive, 40th Floor**<br>**Chicago, IL 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Judgment**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **x0260**<br>**Law Offices of Michael Davis Weis**<br>**PO BOX 1166**<br>**Northbrook, IL 60065** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for- Etihad Airways**<br>REMARKS: | | | | **$39,408.51** |
| ACCT #:<br>**Leader Automotive**<br>**2323 Ravine Way**<br>**Glenview, IL 60025** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxxxxxxx0000**<br>**Linebarger, Goggan, Blair & Sampson**<br>**233 S. Wacker, Suite 4030**<br>**Chicago, IL  60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS:<br>**2091355100000, 3739705, 18980287** | | | | **Notice Only** |
| ACCT #:  **xxx-xxx-5851**<br>**Malaysia Airlines**<br>**100 N. Sepulvedo Blvd. #400**<br>**El Segundo, CA 90245** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$10.35** |
| ACCT #:<br>**Merchant Services**<br>**PO BOX 6010**<br>**Hagerstown, MD 21741-6015** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**13**____ of ____**22**____ continuation sheets attached to                                    **Subtotal >**                    **$39,418.86**

Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                              **Total >**

                                    **(Use only on last page of the completed Schedule F.)**
                                    **(Report also on Summary of Schedules and, if applicable, on the**
                                    **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A-K Travel Network, Inc.**                           Case No. _____
                                                                        (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Mill Run Tours**<br>**3300 Buckeye Rd**<br>**Atlanta, GA 30341** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxx-xx3-537**<br>**Moore Wallace**<br>**3075 Highland PKWY Ste 400**<br>**Downers Grove, IL 60515-1228** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$63.06** |
| ACCT #:  **xxx-xx9-392**<br>**Mutual Bank**<br>**955 W. 175th Street**<br>**Homewood, IL 60430** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xx2705**<br>**Muzak OA**<br>**ATTN: Local Acct Receivable**<br>**3318 Lakemont BLVD**<br>**Fort Mill, SC 29708-8309** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$332.25** |
| ACCT #:  **xxxx-xxx-x5 ARI**<br>**NCO Financial**<br>**PO BOX 7216**<br>**Philadelphia, PA 19101** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - DHL Express**<br>REMARKS: | | | | **$433.69** |
| ACCT #:  **xxxx9319**<br>**NCO Financial Systems Inc**<br>**PO Box 17196**<br>**Baltimore, MD 21297** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -American Express**<br>REMARKS: | | | | **$433.69** |

Sheet no. ____**14**____ of ____**22**____ continuation sheets attached to                    **Subtotal >** | **$1,262.69**
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A-K Travel Network, Inc.**                                            Case No. _____

                                                                                          (if known)

### SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxx-xx-xx9 ARI**<br>**NCO Financial Systems Inc**<br>**PO Box 17196**<br>**Baltimore, MD 21297** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -DHL Express**<br>REMARKS: | | | | **$427.38** |
| ACCT #:  **xxxx-xx-xx4179**<br>**Net-Tel Communication**<br>**c/o TELLER LEVIT SILVERTRUST**<br>**11 EAST ADAMS 8THFL**<br>**Chicago, IL 60603** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$2,094.00** |
| ACCT #:  **xxx-x3-973**<br>**Northwest Airlines Inc**<br>**PO Box 1450**<br>**Minneapolis, MN 55485** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**0128-9607-07838** | | | | **$39,262.09** |
| ACCT #:  **xxx4033**<br>**NY State Workers Compensation Board**<br>**Bureau of Compliance**<br>**100 Broadway**<br>**Albany, NY 12241-0005** | | DATE INCURRED:<br>CONSIDERATION:<br>**Penalty**<br>REMARKS: | | | | **$4,500.00** |
| ACCT #:  **xxxx423-1**<br>**Pacific Delight Tours**<br>**3 Park Avenue, 38th Floor**<br>**New York, NY 10016-5902** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xx8273**<br>**Pakistan International Airlines**<br>**1881 N University Drive, Ste 206**<br>**Coral Springs, FL 33071** | | DATE INCURRED:    **2008**<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**018273** | | | | **$62,996.02** |

Sheet no. ____**15**____ of ____**22**____ continuation sheets attached to                              **Subtotal >**            **$109,279.49**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                                                **Total >**
                                                                      **(Use only on last page of the completed Schedule F.)**
                                                **(Report also on Summary of Schedules and, if applicable, on the**
                                                **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re  **A-K Travel Network, Inc.**                              Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx7675** <br> **Pakistan International Airlines** <br> **1881 N University Drive, Ste 206** <br> **Coral Springs, FL 33071** | | DATE INCURRED:  **2007** <br> CONSIDERATION: <br> **Services** <br> REMARKS: <br> **017442** | | | | **$69,586.42** |
| ACCT #:  **xxx-xxx-7803** <br> **Pakistan International Airlines** <br> **1881 N University Drive, Ste 206** <br> **Coral Springs, FL 33071** | | DATE INCURRED:  **2006** <br> CONSIDERATION: <br> **Services** <br> REMARKS: <br> **8960006706** | | | | **$8,688.87** |
| ACCT #:  **xxxx-xx1-931** <br> **Pakistan International Airlines** <br> **1881 N University Drive, Ste 206** <br> **Coral Springs, FL 33071** | | DATE INCURRED:  **2005** <br> CONSIDERATION: <br> **Services** <br> REMARKS: <br> **8960001931** | | | | **$1,418.18** |
| ACCT #:  **xxxxxx/xxxxx6381** <br> **PFG of Minnesota** <br> **7825 Washington Ave.** <br> **Suite 410** <br> **Minneapolis, MN 55439-2409** | | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for - T-Mobile** <br> REMARKS: | | | | **$363.27** |
| ACCT #:  **xxxx-xxxx-x7-604** <br> **Plaza Associates** <br> **PO Box 18008** <br> **Hauppauge, NY  11788-8808** | | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for -SunTrust Bank** <br> REMARKS: | | | | **$52.55** |
| ACCT #:  **xxxx-x5362** <br> **Prakash C. Pradhan** <br> **6013 NW 98th Street** <br> **Johnston, IA 50131** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | **$355.00** |

Sheet no. ____**16**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                            Subtotal >              **$80,464.29**

                                                            Total >
                    **(Use only on last page of the completed Schedule F.)**
          **(Report also on Summary of Schedules and, if applicable, on the**
              **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A-K Travel Network, Inc.**                              Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx-xx762-4**<br>**Qatar Airways**<br>**Finance Department**<br>**1200 Smith St. Ste1600**<br>**Houston, TX 77002** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$24.00** |
| ACCT #:  **xx4649**<br>**Quality Business Services Inc.**<br>**650 N. Edgewood Ave.**<br>**Wood Dale, IL 60191** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$49.64** |
| ACCT #:  **xxx-xxx5-982**<br>**RAB Inc.**<br>**7000 Goodlett Farms Parkway**<br>**Memphis, TN 38016** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Fifth Third Bank**<br>REMARKS: | | | | **$2,000.83** |
| ACCT #:  **xxxx-xxxx-x4201**<br>**RCN Telecom Services**<br>**PO Box 747089**<br>**Pittsburgh, PA 15274-7089** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$160.90** |
| ACCT #:  **xxxx-xxx-75Z1**<br>**Receivable Management Services**<br>**4836 Brecksville, Rd.**<br>**PO BOX 523**<br>**Richfield, OH 44286** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for - Alt Source Exchange Inc**<br>REMARKS: | | | | **$11,550.00** |
| ACCT #:  **xxxx-xxx0-5DB**<br>**Receivable Management Services**<br>**One Exchange Plaza**<br>**55 Broadway Ste 201**<br>**New York, NY 10006** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -N.Y.S Workers Comp**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ____**17**____ of ____**22**____ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                            **Subtotal >**        **$13,785.37**

                                                            **Total >**
                                  **(Use only on last page of the completed Schedule F.)**
                          **(Report also on Summary of Schedules and, if applicable, on the**
                          **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A-K Travel Network, Inc.**                                 Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: **xxxxxx2545**<br>**Royal Jordanian Airlines**<br>**6 East 43 Street, 27th Floor**<br>**New York, NU 10017** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$175.00** |
| ACCT #: **xWF42**<br>**Sabre**<br>**Bank of America - Chicago**<br>**Lockbox 7285**<br>**7285 Collection Center Dr**<br>**Chicago, IL 60693** | | DATE INCURRED:<br>CONSIDERATION:<br>**Loan**<br>REMARKS: | | | | **$18,542.43** |
| ACCT #: **xxxxx2657**<br>**Sandy Orin**<br>**Government Reporting**<br>**Six Continents Hotels, Inc.**<br>**11580 Great Oaks Way**<br>**Alpharetta, GA 30022** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and Services**<br>REMARKS: | | | | **$15.99** |
| ACCT #: **xxxxxx4394**<br>**Saudi Arabian Airlines**<br>**Attention Finance Dept**<br>**BLDG # 151 Room 331, A East Hangar RD**<br>**JFK INT'L Airport**<br>**Jamaica, NY 11430** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$8,789.14** |
| ACCT #: **xxxx3237**<br>**Singapore Airlines Limited**<br>**5670 Willshire Boulevard, 18th Floor**<br>**Los Angeles, CA 90036** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**8960801800, 8960977768** | | | | **$151.92** |
| ACCT #: **xxxxx2657**<br>**Six Continents Hotel Inc**<br>**Three Ravinia Drive**<br>**Suite 2900**<br>**Atlanta, GA 30346-2149** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Notice Only** |

Sheet no. ___**18**___ of ___**22**___ continuation sheets attached to                    **Subtotal >**   |   **$27,674.48**
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                   **Total >**

                                          **(Use only on last page of the completed Schedule F.)**
                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A-K Travel Network, Inc.**                                      Case No. _____

                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxx2715**<br>**Sko Brenner American**<br>**PO Box 9320**<br>**Baldwin, NY 11510** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -Alitalia Airlines**<br>REMARKS: | | | | $6,747.25 |
| ACCT #:  **xxxx-xx0-649**<br>**SN Brussels Airlines**<br>**1983 Marcus Ave, Ste C104**<br>**Lake Success, NY 11042** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**8960-000-650, 8960-000-651** | | | | $77.12 |
| ACCT #:  **xxxx-xx-0418**<br>**South African**<br>**515 East Las Olas Blvd, 17th Fl**<br>**Fort Lauderdale, FL 33301** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**896870419** | | | | $399.16 |
| ACCT #:  **xxxx8665**<br>**Southwest Credit Systems, L.P.**<br>**5910 W. Plano Parkway**<br>**Suite 100**<br>**Plano, TX 75093-4638** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for- AT&T**<br>REMARKS: | | | | $1,674.98 |
| ACCT #:  **xxxxxx0487**<br>**Spanair**<br>**PO Box 616**<br>**Kirkland, IL 60146** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**8960500486** | | | | $86.11 |
| ACCT #:  **xxxx-xx0554**<br>**State Farm Fire & Casualty Company**<br>**c/o Weltman, Weinberg & Reis Co.**<br>**180 N. LaSalle St., Suite 2400**<br>**Chicago, IL 60601** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | $32,187.79 |

Sheet no. ____**19**____ of ____**22**____ continuation sheets attached to                                 **Subtotal >**   | $41,172.41 |
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                                    **Total >**
                                                          **(Use only on last page of the completed Schedule F.)**
                                      **(Report also on Summary of Schedules and, if applicable, on the**
                                      **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A-K Travel Network, Inc.**                           Case No. _____

                                                                            (if known)


## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xx-xxx8449**<br>**State of Illinois Department of Revenue**<br>**Delinquency Unit**<br>**PO BOX 19035**<br>**Springfield, IL 62794-9035** | | DATE INCURRED:<br>CONSIDERATION:<br>**Taxes**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:<br>**Stetler & Duffy, LTD Attorneys at Law**<br>**11 South LaSalle St Suite 1200**<br>**Chicago, IL 60603-1208** | | DATE INCURRED:<br>CONSIDERATION:<br>**Attorney for -Leader Automotive Inc**<br>REMARKS: | | | | **$290,955.34** |
| ACCT #:  **xxx-xx9-636**<br>**Sunrise Credit Services, Inc.**<br>**PO BOX 9100**<br>**Farmingdale, NY 11735-9100** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -T-Mobile**<br>REMARKS: | | | | **$3,625.16** |
| ACCT #:  **xxx-xxx0-585**<br>**Sunrise Credit Services, Inc.**<br>**PO BOX 9100**<br>**Farmingdale, NY 11735-9100** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -**<br>REMARKS: | | | | **$3,625.16** |
| ACCT #:  **xxxx-xx8426**<br>**Swiss International Air Lines**<br>**1881 N. University Dr, Ste 206**<br>**Coral Springs, FL 33071** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**418425, 8960408425, 8960408742** | | | | **$3,294.21** |
| ACCT #:  **xxx4360**<br>**Synter Resource Group, LLC**<br>**PO Box 63247**<br>**North Charleston, SC 29419-3247** | | DATE INCURRED:<br>CONSIDERATION:<br>**Collecting for -DHL Express**<br>REMARKS: | | | | **$433.69** |

Sheet no. ____**20**____ of ____**22**____ continuation sheets attached to          **Subtotal >**          $301,933.56
Schedule of Creditors Holding Unsecured Nonpriority Claims

                                                                **Total >**
                                        **(Use only on last page of the completed Schedule F.)**
                                  **(Report also on Summary of Schedules and, if applicable, on the**
                                  **Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A-K Travel Network, Inc.**                                Case No. _____
                                                                              (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:  **xxxxx1323**<br>**T Mobile**<br>**PO Box 742596**<br>**Cincinnati, OH  45274** | | DATE INCURRED:<br>CONSIDERATION:<br>**Goods and Services**<br>REMARKS: | | | | **$709.14** |
| ACCT #:  **xxxxx9636**<br>**T-Mobile**<br>**PO BOX 742596**<br>**Cincinnati, OH 45274-2596** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$1,445.44** |
| ACCT #:  **xxx-xx-2427**<br>**T-Mobile**<br>**PO BOX 742596**<br>**Cincinnati, OH 45274-2596** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$880.64** |
| ACCT #:  **xxxx-xx-xx8823**<br>**THE RECOVAR GROUP**<br>**c/o Blatt Hasenmiller**<br>**125 S WACKER DR #400**<br>**CHICAGO IL, 60606** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xx8-885**<br>**Turkish Airlines**<br>**437 Madison Ave, Ste 17B**<br>**New York, NY 10022** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS: | | | | **$66.02** |
| ACCT #:  **xxxx-xx3-923**<br>**United Airlines**<br>**PO Box 2013**<br>**Chicago, IL 60673** | | DATE INCURRED:<br>CONSIDERATION:<br>**Services**<br>REMARKS:<br>**09200731923, 8960800827, 8960803471,**<br>**8960800797, 8960792986, 8960792986** | | | | **$21,832.78** |

Sheet no. ___**21**___ of ___**22**___ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal >**   |   **$24,934.02**

**Total >**
**(Use only on last page of the completed Schedule F.)**
**(Report also on Summary of Schedules and, if applicable, on the**
**Statistical Summary of Certain Liabilities and Related Data.)**

B6F (Official Form 6F) (12/07) - Cont.

In re   **A-K Travel Network, Inc.**                                    Case No. _____

                                                                                    (if known)

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #: <br> **United Transport Service, Inc** <br> **1221  Landmeier Road** <br> **Elk Grove Village, IL. 60007** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | **Notice Only** |
| ACCT #:  **xxxx-xxxxx-9021** <br> **US Airways** <br> **PO Box 641171** <br> **Pittsburgh, PA 15264** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: <br> **0378960069022, 03789600069023,** <br> **0378960069024, 0378960069025** | | | | **$375.95** |
| ACCT #:  **xxxxxx-xxxxx-8112** <br> **Valetine & Kebartas, Inc.** <br> **PO Box 325** <br> **Lawrence, MA 01842** | | DATE INCURRED: <br> CONSIDERATION: <br> **Attorney for Dell Financial Services** <br> REMARKS: | | | | **$1,003.02** |
| ACCT #:  **xxxx-xxxx-xxxxx-0001** <br> **Van Ru Credit Corporation** <br> **PO Box 1018** <br> **Park Ridge, IL 60068-7018** | | DATE INCURRED: <br> CONSIDERATION: <br> **Collecting for -Wells Fargo Bank** <br> REMARKS: | | | | **$11,878.36** |
| ACCT #:  **xx5272** <br> **VinaKom Communications** <br> **860 Remington Road** <br> **Schaumburg, IL 60173** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | **$886.45** |
| ACCT #:  **xxxxx-xxxxx-x6504** <br> **XO Communications** <br> **PO Box 530471** <br> **Atlanta, GA 30353-0471** | | DATE INCURRED: <br> CONSIDERATION: <br> **Services** <br> REMARKS: | | | | **$538.19** |

Sheet no. _____**22**_____ of _____**22**_____ continuation sheets attached to

Schedule of Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| **Subtotal >** | **$14,681.97** |
| **Total >** <br> **(Use only on last page of the completed Schedule F.)** <br> **(Report also on Summary of Schedules and, if applicable, on the** <br> **Statistical Summary of Certain Liabilities and Related Data.)** | **$1,553,827.63** |

B6G (Official Form 6G) (12/07)

In re  **A-K Travel Network, Inc.**                                          Case No. _____
                                                                                              (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.
State nature of debtor's interest in contract, i.e., "Purchaser," "Agent," etc.  State whether debtor is the lessor or lessee of a lease.
Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to
one of the leases of contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a
minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑  Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| | |

B6H (Official Form 6H) (12/07)

In re **A-K Travel Network, Inc.**                                    Case No. _____

                                                                                              (if known)

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors.  Include all guarantors and co-signers.  If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight-year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory.  Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case.  If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☑   Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|------------------------------|------------------------------|
|                              |                              |

B6 Summary (Official Form 6 - Summary) (12/07)

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION (CHICAGO)

In re  **A-K Travel Network, Inc.**                                                    Case No.

                                                                                       Chapter        **7**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $0.00 | | |
| B - Personal Property | Yes | 5 | $65,800.00 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $0.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 23 | | $1,553,827.63 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| TOTAL | | 33 | $65,800.00 | $1,553,827.63 | |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **A-K Travel Network, Inc.**                                                                    Case No. _____
                                                                                                              (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the _____**President**_____ of the _____**Corporation**_____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____**35**_____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)

Date __**12/30/2009**_____          Signature  __**/s/ Sayed K. Saghir**_____
                                                                                    **Sayed K. Saghir**
                                                                                    **President**

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571.*

B7 (Official Form 7) (12/07)

### UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION (CHICAGO)

In re:   **A-K Travel Network, Inc.**                     Case No. _____

                                                                        (if known)

# STATEMENT OF FINANCIAL AFFAIRS

None
☐

## 1. Income from employment or operation of business

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | Year to date apx |
| ($14,192.00) | 2008 |
| ($228,282.00) | 2007 |

None
☒

## 2. Income other than from employment or operation of business

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 3. Payments to creditors

*Complete a. or b., as appropriate, and c.*

None
☒

a.   Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

b.   Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None
☒

c.   All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None
☐

a.   List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| C&H Travel & Tours, INC v. Air K Travel 05 M1 169754 | Collections | Circuit Court of Cook County | Pending |

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **A-K Travel Network, Inc.**                               Case No.  _____

                                                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 1*

| | | | |
|---|---|---|---|
| **Prakash Pradhan v. Air K Travel** **2008-95362** | **Consumer Protection** **Division Complaint** | **State of Iowa** **Department of Justice** | **Pending** |
| **LaSalle Bank National v. A-K** **Travel Network** **05 L 014213** | **Collections** | **Circuit Court of Cook** **County** | **Judgment** |
| **State Farm Fire & Casualty v. A-** **K Travel Network, Inc.** **09L1-010554** | **Collections** | **Circuit Court of Cook** **County** | **Pending** |

None ☑ b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 6. Assignments and receiverships

None ☑ a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☑ b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 7. Gifts

None ☑ List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient.  (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

In re:   **A-K Travel Network, Inc.**                                  Case No.  _____
                                                                                                      (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 2*

---

None ☐   **9. Payments related to debt counseling or bankruptcy**

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Schottler & Associates 10 S. LaSalle Street Suite1130 Chicago, IL  60603 | 5/15/09 | $2,500.00 |

---

None ☑   **10. Other transfers**

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

None ☐   **11. Closed financial accounts**

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| Mutual Bank 6335 N Western Ave Chicago, IL 60659-2009 | 220009392 | 4/28/2009 |
| Fifth Third Bank PO BOX 63900 CC 31110 Cincinnati, OH 45263-0900 | #9392 | 2008 |

---

None ☑   **12. Safe deposit boxes**

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑   **13. Setoffs**

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **A-K Travel Network, Inc.**                    Case No. _____

                                                         (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 3*

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a.  List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b.  List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material.  Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c.  List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **A-K Travel Network, Inc.**                              Case No.   _____

                                                                                  (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 4*

---

### 18. Nature, location and name of business

None
☐

a.  If the debtor is an individual, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer-identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN) / COMPLETE EIN | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **A-K Travel Network, Inc.** dba AK Travel Network Inc., DBA Air K T 2600 W. Peterson Ave., Ste. 103 Chicago, IL 60659-4099282 36-3928449 | **Travel Agency** | **1/10/1994- 4/28/2009** |

---

None
☑

b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

---

### 19. Books, records and financial statements

None
☐

a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| **Syed K. Saghir** | |
| **Small Business Accountax, Ltd.** 2622 W. Peterson Ave., #1A Chicago, IL 60659 | **1994-2005** |

---

None
☑

b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

B7 (Official Form 7) (12/07) - Cont.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

In re:   **A-K Travel Network, Inc.**                                     Case No. _____

                                                                              (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 5*

---

None ☐  c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

**NAME**                                                           **ADDRESS**
**Syed K. Saghir**

---

None ☑  d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

---

## 20. Inventories

None ☑  a.  List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑  b.  List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

## 21. Current Partners, Officers, Directors and Shareholders

None ☑  a.  If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐  b.  If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Syed K. Saghir** | **President** | 50% |
| **Aliya Saghir** | | 50% |

---

## 22. Former partners, officers, directors and shareholders

None ☑  a.  If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑  b.  If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑  If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

## 24. Tax Consolidation Group

None ☑  If the debtor is a corporation, list the name and federal taxpayer-identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

In re:   **A-K Travel Network, Inc.**                                    Case No. _____

                                                                                            (if known)


# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 6*

None
☑

**25. Pension Funds**

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

B7 (Official Form 7) (12/07) - Cont.

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION (CHICAGO)

In re:   **A-K Travel Network, Inc.**                                    Case No. _____

                                                                                                          (if known)

# STATEMENT OF FINANCIAL AFFAIRS
*Continuation Sheet No. 7*

*[If completed on behalf of a partnership or corporation]*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any
attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   **12/30/2009**                                      Signature   **/s/ Sayed K. Saghir**

                                                                                        ***Sayed K. Saghir***
                                                                                        ***President***

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years, or both.*
*18 U.S.C. §§ 152 and 3571*

B 8 (Official Form 8) (12/08)

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:   **A-K Travel Network, Inc.**                                CASE NO

                                                                      CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

PART A -- Debts secured by property of the estate.  (Part A must be fully completed for EACH debt which is secured by property of the estate  Attach additional pages if necessary.)

| Property No.   1 | |
|---|---|
| **Creditor's Name:**<br>None | **Describe Property Securing Debt:** |
| Property will be (check one):<br>☐  Surrendered      ☐  Retained<br><br>If retaining the property, I intend to (check at least one):<br>☐  Redeem the property<br>☐  Reaffirm the debt<br>☐  Other.  Explain (for example, avoid lien using 11 U.S.C. § 522(f)):<br><br><br>Property is (check one):<br>☐  Claimed as exempt      ☐  Not claimed as exempt | |

PART B -- Personal property subject to unexpired leases.  (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No.   1 | | |
|---|---|---|
| **Lessor's Name:**<br>None | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br><br>YES  ☐          NO ☐ |

B 8 (Official Form 8) (12/08)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION (CHICAGO)

IN RE:    **A-K Travel Network, Inc.**                          CASE NO

                                                                CHAPTER    **7**

# CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

*Continuation Sheet No. 1*

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date  **12/30/2009**                          Signature  **/s/ Sayed K. Saghir**

                                                         **Sayed K. Saghir**
                                                         **President**

Date                                          Signature

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION (CHICAGO)**

IN RE:   **A-K Travel Network, Inc.**                                    CASE NO

                                                                         CHAPTER   **7**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above-named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|   |   |
|---|---|
| For legal services, I have agreed to accept: | **$2,500.00** |
| Prior to the filing of this statement I have received: | **$2,500.00** |
| Balance Due: | **$0.00** |

2. The source of the compensation paid to me was:
   ☑ Debtor            ☐ Other (specify)

3. The source of compensation to be paid to me is:
   ☑ Debtor            ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with another person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation, is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:
   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statements of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

6. By agreement with the debtor(s), the above-disclosed fee does not include the following services:

---

CERTIFICATION
   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.


___12/30/2009___                     **/s/ Mark R. Schottler**
*Date*                               *Mark R. Schottler*                    Bar No.  6238871
                                     Schottler & Associates
                                     10 S. LaSalle St.
                                     Suite 1130
                                     Chicago, IL  60603
                                     Phone: (312) 236-7200 / Fax: (312) 236-1691

---

  _/s/ Sayed K. Saghir_

*Sayed K. Saghir*
*President*

**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION (CHICAGO)**

IN RE:    **A-K Travel Network, Inc.**                                    CASE NO

                                                                CHAPTER    **7**

## <u>VERIFICATION OF CREDITOR MATRIX</u>

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  12/30/2009 _____          Signature  **/s/ Sayed K. Saghir** _____
                                                        ***Sayed K. Saghir***
                                                        ***President***


Date _____          Signature _____

1&1 Internet Inc.
701 Lee Rd
Suite 300
Chesterbrook, PA 19087

Alaska Airlines
PO Box 68900
Seattle, WA 98168

Bank of America
7285 Collection Center Drive
Chicago, IL 60693

A Travel
240 N. Roselle Rd.
Roselle, IL 60172

Alliant Law Group, P.C.
2860 Zanker Rd. Suite 105
San Jose, CA 95134

Bonded Collection Corp
PO Box 1022
Wixom, MI 48393-1022

Action Title Service, Inc.
PO BOX 416
Midlothian, IL 60445

Allied Interstate
3000 Corporate Exchange Dr. 5th Floor
Columbus, OH 43231

Bosnia United
2658 W. Balmoral
Chicago, IL 60625

Adams Travel
726 W Northwest Hwy
Barrington, IL 600110

American Airlines
PO Box 619616
DFW Airport, TX 75261-9616

British Airways
1881 N University Dr, Ste 206
Coral Springs, FL 33071

Aer Lingus Accounts Receivable
Citibank NA
111 Wall Street
New York, NY 10043

American Coradius International, LLC
2420 Sweet Home Rd., Suite 150
Amherst, NY 14228-2244

C&H Travel & Tour
c/o Yokoyama & Associates
311 S. Wacker Suite 2500
Chicago, IL 60606

Air Canada
Sales Audit
PO Box/C.P. 1979
Winnipeg, MB R3C 3R3

American Express
PO BOX 360002
Ft. Lauderdale, FL 33336-0002

Capital Resource Credit
PO Box 390046
Minneapolis, MN 55439

Air France
Passenger Revenue Accounting
125 W 55th Street
NY, NY 10019

American Trans Air, In
PO Box 51609
Indianopolis International Airport
Indianopolis, IN 46251

Cathay Pacific Airways Limited
500-550 West 6th Ave
Vancouver, British Columbia V5Z 4S2
Canada

Airlines Reporting Corporation
PO Box 96194
Washington, DC 20090

Arnold Scott Harris P.C.
600 W. Jackson
Suite 450
PO Box 5625
Chicago, IL 60608-5625

Chase
PO BOX 15298
Wilmington, DE 19850-5298

AirTran Airways
9955 AirTran Blvd
Orlando, Fl 32827

Auto Car Imports
1911 Pickwick Lane
Glenview, IL 60025

Chase Auto Finance
PO Box 9001800
Louisville, KY 40290-1800

City of Chicago
Department of Reveune
PO Box 88292
Chicago, IL  60680-1292

Delta Air Lines
Collections-Dept 816
PO Box 101591
Atlanta, GA 30392-1591

Galileo USA
PO Box 71325
Chicago, IL 60694-1325

City Water International
PO Box 674007
Dallas, TX 75267

Deutsche Lufthansa
1640 Hempstead Turnpike
East-Meadow, NY 11554

Ghazali Khan
336 Jackson Ct.
Gilberts, IL 60136

Client Services, Inc.
3451 Harry S. Truman Blvd.
St. Charles, MO  63301

Devon Bank
6445 N. Western Ave.
Chicago, IL  60645-5464

Global Payments Check Services
PO BOX 661038
Chicago, IL 60666

Continental Airlines
HQJFR
PO Box 4921
Houston, TX 77210-4921

DHL Express, Inc
14105 Collections CTR DR
Chicago, IL 60693

Harris County Delinquent Tax Statement
c/o Paul Bettencourt
Tax Assessor Collector
PO BOX 4576
Houston, TX 77210-4576

Continental Airlines Inc
HQJFR
PO Box 4921
Houston, TX 77210-4921

Executive Financial Company
PO BOX 1168
Flint, MI 48501-1168

I.C. Systems, Inc.
444 Highway 96 East
P.O. Box 64437
St. Paul, MN 55164-0437

Continental Airlines Inc
Customer Finance and Recovery
600 Jefferson HQJFR-19th Fl
Houston, TX 77002

FedEx
PO Box 94515
Palatine, IL 60094

I.C.Systems Inc.
444 Highway 96 East
St. Paul MN. 55164

Credit Protection Associates
13355 Noel Rd. Suite 2100
Dallas, TX 75240

Fidelity National Credit Services, Ltd.
PO BOX 3051
Orange, CA 92857

IL Dept. of Employment Security
Chicago Region - Revenue
527 S Wells
Chicago, IL 60607-3922

Dell Financial Services
DFS Customer Serv. Dept.
PO Box 81577
Austin, TX  78708

Fifth Third Bank
P.O. Box 630778
Cincinnati, OH 45263-0778

Illinois Department of Revenue
Delinquency Unit
PO BOX 19035
Springfield, IL 62794-9035

Dell Financial Services
Payment Processing Center
PO BOX 5292
Carol Stream, IL 60197-5292

First Flight USA
42 W 38th Street, Ste 500
New York, N.Y. 10018

Illinois Tollway
PO BOX 5201
Lisle, IL 60532-5201

Imtiyaz Patel
2323 Ravine Way
Glenview, IL 60025

Javed Mirza-Matchless Expo.
2600 W. Peterson Ave.
Chicago, IL 60559

Linebarger, Goggan, Blair & Sampson
233 S. Wacker, Suite 4030
Chicago, IL  60606

India Abroad
43 West 24th Street, 7th Floor
New York, NY 10010

Javed Siddiqui
1165 Higgin Qtr.
Dr. #116
Hoffman Estates, IL 60169

Malaysia Airlines
100 N. Sepulvedo Blvd. #400
El Segundo, CA 90245

India Post
2335 W. Devon Ave
Chicago, IL 60659

Jet Airways
525 Washington Blvd, Ste 2005
Jersey City, NJ 07310

Merchant Services
PO BOX 6010
Hagerstown, MD 21741-6015

Integrated Financial Services Group, LLC
34 Hayden Rowe Steet, Ste. 112
Hopkinton, MA 01748

JNR Adjustment Company, Inc.
P.O. Box 27070
Minneapolis, MN 55427-0070

Mill Run Tours
3300 Buckeye Rd
Atlanta, GA 30341

Intercontinental Hotels Group
Commission Services
11580 Great Oaks Way
Alpharatte, GA 30022

Kauser Banu
Minas Trading
4250 Lake Ave. #305B
Glenview, IL 60026

Moore Wallace
3075 Highland PKWY Ste 400
Downers Grove, IL 60515-1228

Internet Corporation Listing Service
303 Park Avenue St. #1073
New York, NY 10010

Ken Singh
University Travel
1421 Washington St.
Minneapolis, MN 55454

Mutual Bank
955 W. 175th Street
Homewood, IL 60430

Interpretation Services of Joliet
PO BOX 516
Channahon, IL 60410

Lasalle Bank National Association
c/o Ernest D. Simon
Reed Smith LLP
10 South Wacker Drive, 40th Floor
Chicago, IL 60606

Muzak OA
ATTN: Local Acct Receivable
3318 Lakemont BLVD
Fort Mill, SC 29708-8309

Intrawest Central Reservation
#100-788 Harbourside Dr
North Vancouver, B.C. V7P 3R7

Law Offices of Michael Davis Weis
PO BOX 1166
Northbrook, IL 60065

NCO Financial
PO BOX 7216
Philadelphia, PA 19101

IRS
Department of the Treasury
PO Box 21126
Philadelphia, PA 19114

Leader Automotive
2323 Ravine Way
Glenview, IL 60025

NCO Financial Systems Inc
PO Box 17196
Baltimore, MD 21297

Net-Tel Communication
c/o TELLER LEVIT SILVERTRUST
11 EAST ADAMS 8THFL
Chicago, IL 60603

Quality Business Services Inc.
650 N. Edgewood Ave.
Wood Dale, IL 60191

Singapore Airlines Limited
5670 Willshire Boulevard, 18th Floor
Los Angeles, CA 90036

Northwest Airlines Inc
PO Box 1450
Minneapolis, MN 55485

RAB Inc.
7000 Goodlett Farms Parkway
Memphis, TN 38016

Six Continents Hotel Inc
Three Ravinia Drive
Suite 2900
Atlanta, GA 30346-2149

NY State Workers Compensation Board
Bureau of Compliance
100 Broadway
Albany, NY 12241-0005

RCN Telecom Services
PO Box 747089
Pittsburgh, PA 15274-7089

Sko Brenner American
PO Box 9320
Baldwin, NY 11510

Pacific Delight Tours
3 Park Avenue, 38th Floor
New York, NY 10016-5902

Receivable Management Services
4836 Brecksville, Rd.
PO BOX 523
Richfield, OH 44286

SN Brussels Airlines
1983 Marcus Ave, Ste C104
Lake Success, NY 11042

Pakistan International Airlines
1881 N University Drive, Ste 206
Coral Springs, FL 33071

Receivable Management Services
One Exchange Plaza
55 Broadway Ste 201
New York, NY 10006

South African
515 East Las Olas Blvd, 17th Fl
Fort Lauderdale, FL 33301

PFG of Minnesota
7825 Washington Ave.
Suite 410
Minneapolis, MN 55439-2409

Royal Jordanian Airlines
6 East 43 Street, 27th Floor
New York, NU 10017

Southwest Credit Systems, L.P.
5910 W. Plano Parkway
Suite 100
Plano, TX 75093-4638

Plaza Associates
PO Box 18008
Hauppauge, NY  11788-8808

Sabre
Bank of America - Chicago
Lockbox 7285
7285 Collection Center Dr
Chicago, IL 60693

Spanair
PO Box 616
Kirkland, IL 60146

Prakash C. Pradhan
6013 NW 98th Street
Johnston, IA 50131

Sandy Orin
Government Reporting
Six Continents Hotels, Inc.
11580 Great Oaks Way
Alpharetta, GA 30022

State Farm Fire & Casualty Company
c/o Weltman, Weinberg & Reis Co.
180 N. LaSalle St., Suite 2400
Chicago, IL 60601

Qatar Airways
Finance Department
1200 Smith St. Ste1600
Houston, TX 77002

Saudi Arabian Airlines
Attention Finance Dept
BLDG # 151 Room 331, A East Hangar RD
JFK INT'L Airport
Jamaica, NY 11430

State of Illinois Department of Revenue
Delinquency Unit
PO BOX 19035
Springfield, IL 62794-9035

Stetler & Duffy, LTD Attorneys at Law
11 South LaSalle St Suite 1200
Chicago, IL 60603-1208

United Transport Service, Inc
1221  Landmeier Road
Elk Grove Village, IL. 60007

Sunrise Credit Services, Inc.
PO BOX 9100
Farmingdale, NY 11735-9100

US Airways
PO Box 641171
Pittsburgh, PA 15264

Swiss International Air Lines
1881 N. University Dr, Ste 206
Coral Springs, FL 33071

Valetine & Kebartas, Inc.
PO Box 325
Lawrence, MA 01842

Synter Resource Group, LLC
PO Box 63247
North Charleston, SC 29419-3247

Van Ru Credit Corporation
PO Box 1018
Park Ridge, IL 60068-7018

T Mobile
PO Box 742596
Cincinnati, OH  45274

VinaKom Communications
860 Remington Road
Schaumburg, IL 60173

T-Mobile
PO BOX 742596
Cincinnati, OH 45274-2596

XO Communications
PO Box 530471
Atlanta, GA 30353-0471

THE RECOVAR GROUP
c/o Blatt Hasenmiller
125 S WACKER DR #400
CHICAGO IL, 60606

Turkish Airlines
437 Madison Ave, Ste 17B
New York, NY 10022

United Airlines
PO Box 2013
Chicago, IL 60673